# Court of Appeals
# of the State of Georgia

ATLANTA,  July 02, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2064.  BALTAZAR CALDERON v. VANKIRK ELECTRIC, INC.**

Upon consideration of the Appellant's Consent Motion to Withdraw the Appeal in the above-styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/02/2019*
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*